CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 29 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:07CR50005-002 |
| v. | ORDER |
| JUSTINA JONES | |
| *Defendants.* | JUDGE NORMAN K. MOON |

Pursuant to 28 U.S.C. § 636(b)(3), the guilty plea of the defendant was referred to Magistrate Judge B. Waugh Crigler. Magistrate Judge Crigler entered his Report and Recommendation on the plea hearings on April 16, 2007. After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's Report as to and accepts the guilty plea of the defendant, and adjudges her guilty of the offenses stated in the plea agreement.

It is so ORDERED.

ENTER: _____
U.S. District Court Judge

DATE: May 29, 2007